### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEINO JOHNSON,** : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 18-916 |
| : | |
| **LAS BUGAMBILIAS, INC., et al.,** : | |
| **Defendants.** : | |

### ORDER

**AND NOW**, this 10th day of September, 2018, it is hereby **ORDERED** that Plaintiff's Complaint (Doc. No. 1) against Defendant Las Bugambilias shall be **DISMISSED without prejudice** for lack of prosecution.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.