IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEINO JOHNSON,** : | |
|       **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 18-916 |
| : | |
| **LAS BUGAMBILIAS, INC., et al.,** : | |
|       **Defendants.** : | |

## ORDER

**AND NOW**, this 10th day of September, 2018, upon consideration of Defendant Fung Partnership's unopposed Proposed Consent Judgment (Doc. No. 11), it is hereby **ORDERED** that:

1. Defendant Fung Partnership shall **MAKE** the following modifications to the entrance of its property at 146–148 South Street, Philadelphia, PA 19147 to provide an access route for disabled individuals:

    a. **PROVIDE** a doorbell outside the entrance of its Property that disabled individuals can reach from the sidewalk with an audible chime ringing inside the Property;

    b. **POST** a sign below the doorbell stating "Press to Enter" with the International Symbol of Accessibility; and

    c. **DIRECT** lessee, Defendant Las Bugambilias, to enforce a policy of having an employee (1) bring a portable ramp to the entrance and (2) assist disabled individuals with ingress (when the doorbell is pressed) and egress from the Property. Because of clearances and the need for portability of the ramp, the ramp's slope will necessarily be greater than required for compliance with the ADA's Accessibility Guidelines, see 42 U.S.C. § 12182(b)(2)(A)(v);

2. Defendant Fung Partnership shall **PAY** $750 in fees and $350 in costs to Plaintiff's Counsel **no later than** October 1, 2018;

3. Plaintiff shall **FILE** a Satisfaction of Judgment **no later than** **14 days** after Defendant Fung Partnership has complied with the obligations of this Judgment;

4. The **CLERK OF COURT** shall **CLOSE** this case; and

5. The Court will retain jurisdiction to effect the terms of the Judgment between Plaintiff and Defendant Fung Partnership.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.