UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
KEINO JOHNSON

                                Plaintiff,        2:18-cv-00916 (PD)

        v.                              **SATISFACTION OF JUDGMENT**

FUNG PARTNERSHIP, et al.
                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      WHEREAS, a Consent Judgment was entered in the above action on the 10th day of September, 2018 in favor of Plaintiff and against Defendant Fung Partnership which required Defendant to make certain specified modifications to its property at 146-148 South Street, Philadelphia, PA 19147 and pay Plaintiff attorneys fees and costs in the amount of $1,100.00 and said judgment having been fully satisfied and paid,

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

                                                        The Law Office of Eric Brauer

Dated: November 8, 2018                    By: ___/s/ *Eric Brauer*_____
                                                             Eric Brauer, Esq.
                                                               Counsel for Plaintiff
                                                                638 Newtown Yardley Rd
                                                                Ste 2B
                                                                Newtown, PA 18940